IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| ESPERANZA GUERRERO, *et al.*, | ) |
| Plaintiffs | ) ) ) |
| v. | ) Civil Action No. 1:09-cv-1313 (JCC/TRJ) |
| PRINCE WILLIAM COUNTY POLICE CHIEF CHARLIE T. DEANE, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

COME NOW THE DEFENDANTS, CHARLIE T. DEANE IN HIS OFFICIAL CAPACITY; (SERGEANT) DAVID L. MOORE, (OFFICER) LUIS POTES, (OFFICER) ADAM HURLEY, DOES 1-6 AND ROES 1-5, PRINCE WILLIAM COUNTY POLICE DEPARTMENT AND PRINCE WILLIAM COUNTY, by counsel, in response to plaintiffs' Complaint, and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56(f), submit their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

Defendants submit that the Complaint fails to state a claim for which relief may be granted as to all or some of the defendants, and asks that this action be dismissed with prejudice. In the alternative, defendants ask that this Court construe their pleadings, affidavits and exhibits as a motion for summary judgment, and grant judgment in their favor thereon, as there are no material issues of fact in dispute. Defendants assert they committed no constitution violations, they are entitled to qualified immunity, they

1

committed no state-law violation or tort, they engaged in no negligence or intentional misconduct, and they are entitled to sovereign immunity. These defenses are set forth in greater detail in the defendants' Memorandum of Points and Authorities; the Affidavits of Sergeant Moore and Officers Potes, Caplan and Hurley; and Exhibits A through E, all filed this day.

## Conclusion

Plaintiffs' Complaint fails to state a claim for which relief may be granted against all or most of the defendants and should be dismissed with prejudice pursuant to F.R.C.P. 12(b)(6). In the alternative, the PWC defendants respectfully pray that this Court consider its Motion for Summary Judgment and dismiss the Complaint as to all defendants with prejudice pursuant to F.R.C.P. 56.

WHEREFORE, defendants pray that this Honorable Court grant their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment; dismiss plaintiffs' Complaint with prejudice; grant the defendants' attorneys' fees and costs; and for such other and further relief as is just and proper.

Respectfully submitted,
CHIEF CHARLIE T. DEANE,
SERGEANT DAVID MOORE,
OFFICER LUIS POTES,
OFFICER ADAM HURLEY,
DOES 1-6 AND ROES 1-5,
PRINCE WILLIAM COUNTY AND
PRINCE WILLIAM COUNTY POLICE
DEPARTMENT
By Counsel

ANGELA L. HORAN
County Attorney

         /s/
M. Alice Rowan, VSB #27056
Assistant County Attorney
One County Complex Court
Prince William, VA 22192-9201
Phone: (703) 792-6630
Fax: (703) 792-6633
Email: arowan@pwcgov.org
Attorneys for Defendants


## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14 day of December, 2009, I will electronically file the foregoing Motion to Dismiss or, in the Alternative, Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system. Service of the Motion will be made electronically and by U.S. Mail, first-class postage re-paid, this date upon the following:

Robert H. Cox, Esquire VSB #33118
Yolanda Hawkins-Bautista, Esquire
Sonia W. Murphy, Esquire
Eduardo R. Ferrer, Esquire
Veronica N. Berger, Esquire
Chantel Lee, Esquire
Sasha Hodge-Wren, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Telefacsimile: (202) 383-6610
Email: CoxR@howrey.com
Attorneys for Plaintiffs

Christina Guerola Sarchio, Esquire
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037-1350
Telephone: (202) 457-7527
Telefacsimile: (202) 457-6513
Email: unknown
Attorneys for Plaintiffs

Cesar Perales, Esquire
Jackson Chin, Esquire
Foster Maer, Esquire
Diana Sen, Esquire
LATINOJUSTIC/PUERTO RICAN LEGAL
DEFENSE AND EDUCATION FUND (PRLDEF)
99 Hudson Street, 14th Floor
New York, N.Y. 10013
Telephone: (212) 739-7575
Telefacsimile: (212) 431-4276
Email: unknown
Attorneys for Plaintiffs

                                            Angela L. Horan
                                            County Attorney
                                            _____/s/_____
                                            M. Alice Rowan, VSB #27056
                                            Assistant County Attorney
                                            One County Complex Court
                                            Prince William, VA 22192-9201
                                            Phone: (703) 792-6630
                                            Fax: (703) 792-6633
                                            Email: arowan@pwcgov.org
                                            Attorneys for Defendants

MAR: police / guerrero / motion to dismiss msj