**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| ESPERANZA GUERRERO, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 1:09-CV-1313 (JCC/TRJ) |
| | ) | |
| PRINCE WILLIAM COUNTY | ) | |
| POLICE CHIEF CHARLIE T. DEANE, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF SEAN P. BEATY**

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of Plaintiffs Esperanza Guerrero, *et al*.

Respectfully submitted this 14th day of January 2010.


**s/ Sean Beaty**

Sean P. Beaty (VSB No. 67941)

HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004-2402
Telephone:  (202) 383-6944
Facsimile:  (202) 478-2691
beatys@howrey.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2010, I will electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to all counsel registered to receive electronic service.

<u>**s/ Sean Beaty**</u>

Sean P. Beaty (VSB No. 67941)

HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004-2402
Telephone:  (202) 383-6944
Facsimile:  (202) 478-2691
beatys@howrey.com

*Counsel for Plaintiffs*

2