IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| ESPERANZA GUERRERO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.    ) | Civil Action No. 1:09-cv-1313 |
| ) | (JCC/TRJ) |
| PRINCE WILLIAM COUNTY POLICE CHIEF ) | |
| CHARLIE T. DEANE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT PROPOSED PRE-TRIAL BRIEFING SCHEDULE

Plaintiffs Juan and Esperanza Guerrero and their children, JJG, MG, and KG (the "Guerrero Family"), and Defendants Police Chief Charlie T. Deane, Police Sergeant David L. Moore, Police Officers Luis Potes, Adam Hurley, and Matthew Caplan, and Master Police Officer Karen Muelhauser ("Defendants") hereby submit the following proposed pre-trial briefing schedule. The parties have met and conferred regarding these deadlines and have reached agreement with respect to each deadline set forth below. The parties believe the proposed schedule below will allow sufficient time for briefing of cross summary judgment motions before trial, and therefore respectfully request that the Court enter an Order setting forth the following deadlines.

| | |
|---|---|
| Cross Motions for Summary Judgment | *On or before* September 10, 2010 |
| Oppositions to Motions for Summary Judgment | *On or before* September 24, 2010 |
| Replies in Support of Summary Judgment Motions | *On or before* October 1, 2010 |

| Hearing on Summary Judgment Motions | October 8, 2010 |
|---|---|
| Motions *in Limine* | *On or before* October 15, 2010 |
| Oppositions to Motions *in Limine* | October 20, 2010 |
| Hearing on Motions *in Limine* | October 22, 2010 |
| Trial | October 25, 2010 |

Dated: August 24, 2010

Respectfully submitted,

/s/ Robert H. Cox

Jose L. Perez
Diana S. Sen
LATINOJUSTICE/PUERTO RICAN LEGAL
DEFENSE AND EDUCATION FUND
(PRLDEF)
99 Hudson Street, 14th Floor
New York, NY 10013
212.739.7575 Phone
212.431.4276 Fax

Robert H. Cox, VSB #33118
CoxR@howrey.com
Ann Marie Phillips, VSB # 48653
PhillipsA@howrey.com

Sonia W. Murphy
Veronica N. Berger
Chantel L. Lee
Sasha Hodge-Wren
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax

Christina Guerola Sarchio
Patton Boggs
2550 M Street, NW
Washington, DC 20037-1350
202. 457.7527 Phone
202. 457.6513 Fax

*Counsel for Plaintiffs*

ANGELA L. HORAN
County Attorney

      /s/
Jeffrey R. B. Notz, VSB #41755
Assistant County Attorney
M. Alice Rowan, VSB #27056
Assistant County Attorney
One County Complex Court
Prince William, VA  22192-9201
Phone:  (703) 792-6630
Fax:  (703) 792-6633
Email:  arowan@pwcgov.org
jnotz@pwcgov.org
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2010, I electronically filed the foregoing Joint Proposed Pre-Trial Briefing Schedule with the Clerk of the Court using the CM/ECF system.

/s/ Robert H. Cox
Robert H. Cox, VSB #33118