```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                          Alexandria Division


ESPERANZA GUERRERO, et al.,    )
                               )
     Plaintiffs,               )
                               )
          v.                   )
                               )     1:09cv1313 (JCC)
PRINCE WILLIAM COUNTY POLICE   )
CHIEF CHARLIE  T. DEANE,       )
et al.,                        )
                               )
     Defendants.               )
```

**O R D E R**

Having considered the parties' Joint Proposed Pre-trial Briefing Schedule [101], it is hereby ORDERED that:

(1) the parties' summary judgment motions, if any, shall be filed no later than 5:00 p.m. on September 10, 2010; any opposition briefs shall be filed no later than 11:59 p.m. on September 22, 2010; any reply briefs shall be filed no later than 5:00 p.m. on October 1, 2010; and this Court will hear argument on any summary judgment motions at 10:00 a.m. on October 8, 2010;

(2) any motions *in limine* shall be filed no later than 5:00 p.m. on October 15, 2010; any opposition briefs shall be filed no later than 5:00 p.m. on October 20, 2010; and this

1

Court will hear argument on any motions *in limine* at 10:00 a.m. on October 22, 2010;

      (3)   trial is set for October 25, 2010; and

      (4)   the Clerk of the Court shall forward copies of this Order to all counsel of record.


|                       |                          /s/                          |
|-----------------------|-------------------------------------------------------|
| August 26, 2010       | James C. Cacheris                                     |
| Alexandria, Virginia  | UNITED STATES DISTRICT COURT JUDGE                    |