IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ESPERANZA GUERRERO, JUAN GUERRERO, J. GUERRERO, JR. (MINOR), M. GUERRERO (MINOR), K. GUERRERO (MINOR); <br><br> Plaintiffs, <br><br> v. <br><br> CHARLIE T. DEANE, IN HIS OFFICIAL CAPACITY, AND DAVID L. MOORE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, LUIS POTES, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, ADAM HURLEY, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, MATTHEW CAPLAN, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, KAREN MUELHAUSER, IN HER OFFICIAL AND INDIVIDUAL CAPACITY, DOES 1-5 AND ROES 1-5 IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES; <br><br> PRINCE WILLIAM COUNTY; <br><br> Defendants. | Civil Action No. 1:09-cv-1313 (JCC/TRJ) <br><br> DEMAND FOR JURY TRIAL |

**PLAINTIFFS ESPERANZA GUERRERO, ET AL. OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBIT LIST AND PROPOSED DIRECT EXHIBITS**

Plaintiffs Esperanza Guerrero, Juan Guerrero, J. Guerrero Jr., M. Guerrero, and K. Guerrero hereby submit their specific objections to Defendants Charlie Deane, et al., Proposed Exhibit List and Direct Exhibits, in accordance with the Court's April 1, 2010 Scheduling Order. Plaintiffs reserve the right to withdraw, supplement or amend their objections.

| Exhibit | Description | Included by Plaintiffs | Objection |
|---|---|---|---|
| A | Warrant/summons cover sheet, summons, criminal complaint | PX 1 | |
| | • Notice PD9A | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402 |
| B | Printed Transcript of Computer-Aided Dispatch (CAD) report of 11/24/07 incident | PX 27 & PX 276 | |
| C | Police Incident Information re Esperanza Guerrero 11/24/07 | PX 24 | |
| D | Prisoner Incident Report re Esperanza Guerrero 11/24/07 | PX 24 | |
| E | Criminal Complaint and Warrants re Esperanza Guerrero | PX 2 and PX 24 | |
| F | Prince William Adult Detention Center Records of Esperanza Guerrero | PX 98 | |
| G | Use of Force Report re Esperanza Guerrero including 3 photos | PX 24, PX 44, PX 65, PX 104, PX 164, and PX 215 | |
| H | Police Incident Information re Juan Guerrero 11/24/07 | PX 24 | |
| I | Prisoner Incident Report of Juan Guerrero 11/24/07 | PX 24 | |
| J | Criminal Complaint and Warrants re Juan Guerrero 11/24/07 | PX 24 | |
| K | Use of Force Report re Juan Guerrero including 3 photos and Refusal of Medical Treatment | PX 24, PX 43, PX 65, PX 164, and PX 171 | Photographs cited in Defendants' Exhibit List were not included in the copy of exhibits given to Plaintiffs |
| L | Incident Report | PX 24 | |
| M | Prince William Adult Detention Center records re Juan Guerrero | PX 101 | Original photo required pursuant to FRE 1002; duplicate is unidentifiable and would be unfair to admit pursuant to FRE 1003(2). |

| Exhibit | Description | Included by Plaintiffs | Objection |
|---|---|---|---|
| N | Printed Transcript of Fire and Rescue Response to 11/24/07 incident | PX 102 and PX 103 | |
| O | Event History of Calls for Service to Walcott Court address | PX 276 and PX 277 | |
| P | Warrants, Criminal History, Incident Reports and Police Narratives relating to Juan Guerrero concerning larceny | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| Q | Records of Prince William Family Counseling/Prince William Home Based Services including Kathleen Harris report | PX 62, PX 63, OX 64 | |
| | • Q48-Q55 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| R | Medical records of Esperanza Guerrero | PX 68, PX 179, PX 295 | |
| S | Medical records of Juan Guerrero | PX 294 | |
| T | Medical records of J.G. Jr. | PX 278, PX 298 | |
| U | Medical records of M.G. | PX 297 | |
| V | Medical records of K.G. | PX 279, PX 296 | |
| W | School Records of J.G. Jr. | PX 156 | |
| X | School Records of M.G. | PX 157 | |
| Y | School records of K.G. | PX 158 | |
| Z | Address records of Antonia Munguia including: | | |
| | • DMV Record | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • Criminal History | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, |

| Exhibit | Description | Included by Plaintiffs | Objection |
|---|---|---|---|
| | | | inadmissible pursuant to FRE 403 |
| | • Maplewood Court Apartment records | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • Prince William Housing records | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • A.M DMV records Z1-Z6 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • Maplewood Park Apartments Application Z7 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • A.M. ID Card Z8 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • Personal Property Tax Records Z9-Z11 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • Address Information Request from Post Office Z12 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • A.M. Voter Registration Z13 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • BB&T Housing Document Z14 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to |

| Exhibit | Description | Included by Plaintiffs | Objection |
|---|---|---|---|
| | | | FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • PHA/Tenant Certification Z15-Z16 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • School Attendance Verification and Communications by Amy Weeks Z17-Z23 | PX 96 | |
| | • Letter from Maria Munguia stating Ricardo lived with her at 8627 Walcott Ct. Z24 | PX 96 | |
| | • Sheriff record of service Z25 | PX 139 | |
| | • Notice of Hearing re Expungement Z26 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| | • Affidavit in Support of Application for Proceeding in Civil Case without Payment of Fees or Costs Z27-Z28 | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| AA | Officer training history summaries | PX 66 and PX 111-118 | |
| BB | Defendants' Affidavits | PX 185-188 | |
| CC | Use of Force Model | PX 26 | |
| DD | Immigration Policy Records | PX 9, PX 10, PX 30, PX 32, PX 33, PX 45, PX 46, PX 72, PX 77, PX 83, PX130, PX 135, PX 136, PX 137, PX | |

| Exhibit | Description | Included by Plaintiffs | Objection |
|---|---|---|---|
| | | 155 | |
| EE | J.G. Medical Records | | Irrelevant pursuant to FRE 401; inadmissible pursuant to FRE 402, or in the alternative, inadmissible pursuant to FRE 403 |
| FF | Police Chief Deane Resume | | |
| GG | Plaintiffs' Complaint | PX 180 | |
| HH | Plaintiffs' Amended Complaint | PX 181 | |
| II | Plaintiffs' Second Amended Complaint | | |
| JJ | Plaintiffs' Objection and Responses to Defendants' Interrogatories | PX 223 | |
| KK | Plaintiffs' Objections and Responses to Defendants' Requests for Production of Documents | PX 225 | |
| LL | Plaintiffs' Objections and Responses to Defendants' Requests for Admission | PX 224 | |
| MM | Deposition Transcript and Exhibits: Esperanza Guerrero | PX 203 | |
| NN | Deposition Transcript and Exhibits: Juan Guerrero | PX 202 | |
| OO | Deposition Transcript and Exhibits: J.G. Jr. | PX 200 and PX 201 | |
| PP | Deposition Transcript and Exhibits: M.G. | PX 198 and PX 199 | |
| QQ | Deposition Transcript and Exhibits: K.G. | PX 196 and PX 197 | |
| RR | Deposition Transcript and Exhibits: Shayna Daghigh | PX 213 | |
| SS | Deposition Transcript and Exhibits: Chief Deane | PX 209 | |
| TT | Deposition Transcript and Exhibits: Col. Barry Barnard | PX 211 | |
| UU | Deposition Transcript and Exhibits: First Sgt. Carlos Robles | PX 221 | |

| Exhibit | Description | Included by Plaintiffs | Objection |
|---|---|---|---|
| VV | Deposition Transcript and Exhibits: First Sgt. Bruce Livingston | PX 214 | |
| WW | Deposition Transcript and Exhibits: Sgt. Phillip Harrover | PX 210 | |
| XX | Deposition Transcript and Exhibits: Sgt. David Moore | PX 208 | |
| YY | Deposition Transcript and Exhibits: Officer Luis Potes | PX 204 | |
| ZZ | Deposition Transcript and Exhibits: Officer Matthew Caplan | PX 207 | |
| AAA | Deposition Transcript and Exhibits: Officer Adam Hurley | PX 206 | |
| BBB | Deposition Transcript and Exhibits: Master Police Officer Karen Muehlhauser | PX 205 | |
| CCC | Deposition Transcript and Exhibits: County Attorney Angela L. Horan | PX 212 | |
| DDD | Parties' Stipulations | | |
| EEE | All pleadings filed by plaintiffs | | |

Dated: August 27, 2010

Respectfully submitted,

/s/ Robert H. Cox
_____

**Jose L. Perez** (*admitted pro hac vice*)
jperez@latinojustice.org
**Diana S. Sen** (*admitted pro hac vice*)
dsen@latinojustice.org
LATINOJUSTICE/PUERTO RICAN LEGAL
DEFENSE AND EDUCATION FUND (PRLDEF)
99 Hudson Street, 14th Floor
New York, NY 10013
212.739.7575 Phone
212.431.4276 Fax

**Robert H. Cox VSB** #33118
coxr@howrey.com
Ann Marie Phillips, VSB #48653
PhillipsA@howrey.com

**Sonia W. Murphy** (*admitted pro hac vice*)
murphysonia@howrey.com
**Veronica N. Berger** (*admitted pro hac vice*)
bergerv@howrey.com
**Chantel Lee** (*admitted pro hac vice*)
leechantel@howrey.com
**Sasha Hodge-Wren** (*admitted pro hac vice*)
hodge-wrens@howrey.com
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
202.783.0800 Phone
202.383.6610 Fax

**Christina Guerola Sarchio**
(*admitted pro hac vice*)
csarchio@pattonboggs.com
Patton Boggs
2550 M Street, NW
Washington, DC 20037-1350
202. 457.7527 Phone
202. 457.6513 Fax

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2010, I electronically filed the foregoing Plaintiffs' Objections to Defendants Exhibit List and Direct Exhibits with the Clerk of the Court using the CM/ECF system. Service of the Objections will be made electronically and by U.S. Mail, first-class postage pre-paid to the following counsel of record:

M. Alice Rowan
Jeffery R. Notz
Angela M. Horan
Assistant County Attorney
One County Complex Court
Prince William, VA 22192-9201
Telephone: (703) 792-6630
Fax: (703) 792-6633

/s/ Robert H. Cox
Robert H. Cox VSB #33118